DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

22 SEPTEMBER 2016

| 326P15-3 | Burl Anderson Howell v. North Carolina Wayne County Department of Health and Human Services, By and Through, Reese Phelps; Lou Jones Petitioner's | Petitioner's *Pro Se* Motion for Appeal *In Forma Pauperis* (COAP16-339) | Dismissed |
|---|---|---|---|
| 326P16 | State v. Pedro Berrero | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied |
| 328P16 | Linwood Wilson v. Barbara Wilson | 1. Plt's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COA15-1141)<br><br>2. Plt's *Pro Se* Motion for Temporary Stay<br><br>3. Plt's *Pro Se* Petition for *Writ of Supersedeas* | 1.<br><br>2. Denied **09/06/2016**<br><br>3. |
| 329P14-2 | State v. Dwayne Demont Haizlip | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP16-617)<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Denied **09/19/2016**<br><br>2. Allowed **09/19/2016**<br><br>3. Dismissed as moot **09/19/2016**<br><br>**Ervin, J., recused** |
| 330A16 | Allscripts Healthcare, LLC v. Etransmedia Technology, Inc. | Plt's Motion to File and Maintain Certain Documents from the Record on Appeal Under Seal | Allowed **09/06/2016** |
| 331A16 | State v. Amanda Gayle Reed | 1. State's Motion for Temporary Stay (COA15-363)<br><br>2. State's Petition for *Writ of Supersedeas* | 1. Allowed **09/06/2016**<br><br>2. |